# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 26, 2010

139683

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

GERALD PITTMAN,
        Defendant-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 139683
COA: 291022
Wayne CC: 89-005295

On order of the Court, the application for leave to appeal the August 17, 2009 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 26, 2010

_____
Clerk

s0222